**THE COCA–COLA COMPANY,**
**Plaintiff–Appellant,**

v.

**PEPSI–COLA COMPANY and Pepsico, Inc., Defendants–Appellees.**

No. 2007–1559.

United States Court of Appeals, Federal Circuit.

Dec. 10, 2007.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).